**Order entered June 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00566-CV

**JANE MCCURLEY BACKES D/B/A BACKES QUARTER HORSES, ET AL., Appellants**

**V.**

**KAREN MISKO, ET AL., Appellees**

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-01844-2013

## ORDER

Before the Court is appellant Tracy Johns's June 3, 2014 amended motion for an extension of time to file a brief. The motion recites that appellant Jane McCurley Backes d/b/a Backes Quarter Horses joins the motion. We **GRANT** the amended motion. Appellants shall file their respective briefs on or before **July 9, 2014**. We caution appellants that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE